# UNITED STATES DISTRICT COURT
## District of Minnesota

Derling Martinez-Gonzalez,

Petitioner,

v.

Todd Blanche, Markwayne Mullin, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-2340 PJS/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

petitioner's petition for a writ of habeas corpus [ECF No. 1] is DENIED.

Date: 6/1/2026

KATE M. FOGARTY, CLERK